

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to June 20, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Ryan Grant Anderson              Ronald  Rodriguez
       The Milam Building               Law Offices of Ronald Rodriguez, P.C.
       115 E. Travis, Suite 1403        915 Victoria Street
       San Antonio, TX 78205            Laredo, TX 78040